# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Marcos Cala Gonzalez,

Plaintiff(s),

v.

O'Hare Auto Recycling Corporation et al,

Defendant(s).

Case No. 23cv5147
Judge Jeffrey I. Cummings

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes    pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Plaintiff's motion for default judgment [8] is granted. Judgment is entered in favor of plaintiff Marcos Cala Gonzales and against defendants O'Hare Auto Recycling Corporation and Daniel Donnelly in the amount of $7,931.00 ($1800 in actual damages, $1800 in liquidated damages, $3,849 in attorneys' fees, and $482 in costs) plus post-judgment interest.

This action was *(check one)*:

☐ tried by a jury with Judge          presiding, and the jury has rendered a verdict.
☐ tried by Judge          without a jury and the above decision was reached.
☒ decided by Judge Cummings on a motion for default judgment.

Date: 2/5/2024                                         Thomas G. Bruton, Clerk of Court

C. Chambers, Deputy Clerk